LUCY LOFFREDO, an Infant, by CARMELA CERASUOLA, Her Guardian ad Litem, Respondent, v. CARMINE J. LOFFREDO, Appellant.— Motion to stay order granting additional counsel fee granted. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

FLORA H. MACIVOR, Appellant, v. CHARLES H. SCHWARTZMAN and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondents twenty dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

GROSVENOR NICHOLAS, Appellant, v. THE FARMERS' LOAN AND TRUST COMPANY, as Executor of and Trustee under the Last Will and Testament of GEORGE S. NICHOLAS, Deceased, and Others, Respondents, and DAISY H. NICHOLAS, Appellant.— Motion of defendant Daisy H. Nicholas for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ.

GROSVENOR NICHOLAS, Appellant, v. THE FARMERS' LOAN AND TRUST COMPANY, as Executor of and Trustee under the Last Will and Testament of GEORGE S. NICHOLAS, Deceased, and Others, Respondents, and DAISY H. NICHOLAS, Appellant.— Motion of plaintiff, appellant, for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD H. COLEMAN, Appellant.— Motion for enlargement of time to perfect and argue appeal until the March term granted. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

HOWARD T. WALDEN and EDWARD F. JORDAN, as Surviving Members of the Firm of WALDEN & WEBSTER, Respondents, v. MAURICE RAPOPORT and Others, Doing Business under the Firm Name and Style of MAURICE A. RAPOPORT & Co., Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagerty, Seeger, Carswell and Scudder, JJ.

FRANK E. WALKER, as Secretary and Director of AMES FURNITURE Co., INC., Respondent, v. AMES FURNITURE Co., INC., Appellant, and LOUIS R. GANS, Defendant. (Appeal No. 4.)— Motion to dismiss appeal dismissed as unnecessary in view of the decision in *Walker* v. *Ames Furniture Company* (*post*, p. 885), decided herewith. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

FRANK E. WALKER, as Secretary and Director of AMES FURNITURE Co., INC., Respondent, v. LOUIS R. GANS and AMES FURNITURE Co., INC., Appellants. (Appeal No. 1.)— Motion to dismiss appeal dismissed without prejudice to renewal, in view of the decision in *Walker* v. *Gans* (*Appeal No. 1*) (*post*, p. 885), decided herewith. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

FRANK E. WALKER, as Secretary and Director of AMES FURNITURE Co., INC., Respondent, v. LOUIS R. GANS, Appellant, and AMES FURNITURE Co., INC., Defendant. ABRAHAM SEBRING, as Receiver, etc., Respondent. (Appeal No. 2.) — Motion to dismiss appeal dismissed without prejudice to renewal, in view of